UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § § § | |
|     Plaintiff, | § § | |
| versus | § § | Civil Action H-17-486 |
| Subscriber 09144, | § § § | |
|     Defendant. | § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (28)

2. By December 20, 2017, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on November 20, 2017, at Houston, Texas.

*[signature]*
Lynn N. Hughes
United States District Judge